UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:13-CR-1-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| TERRANCE JEROME BLUNT | |

On motion of the defendant, TERRANCE JEROME BLUNT, and for good cause shown, it is hereby ORDERED that the **[DE 53]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This  2 0  day of June 2017.

JAMES C. DEVER III
Chief United States District Judge