UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:13-CR-1-D

UNITED STATES OF AMERICA

v.

ORDER TO SEAL

TERRANCE JEROME BLUNT

On motion of the Defendant, Terrance Jerome Blunt, and for good cause shown, it is hereby ORDERED that the **[DE 49]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **20** day of June 2017.

JAMES C. DEVER, III
Chief United States District Judge